IN THE FEDERAL DISTRICT COURT

FOR THE STATE OF NEW HAMPSHIRE

BROK-ALAN WOODWARD-GRIFFITH,

Plaintiff,

vs.

STATE OF NEW HAMPSHIRE, ET AL

Defendants

Case No.:

**PLAINTIFF'S EMERGENCY EX PARTE MOTION FOR TEMPORARY INJUNCTIVE RELIEF**

**EMERGENCY HEARING RESPECTFULLY REQUESTED**

Pursuant to local rule, **forced *pro se***[1] Plaintiff Brok-Alan Woodward-Griffith ("Griffith") hereby respectfully moves this Honorable Court for emergency entry of an *ex parte* temporary injunction against Defendants, pursuant to full hearing on preliminary injunctive relief. Griffith states in support as follows.

1. The instant complaint requests emergency injunctive relief for past, ongoing, and future breaches to Griffith's, and the New Hampshire Public's, constitutional and contractual rights. See generally *Complaint*.
2. Based on the specific and well-plead allegations in the complaint, Griffith has suffered, will continue to suffer, from the brooding presence and chilling effect of Defendants breaches to his contractual rights, and constitutional rights – and the imminent threat posed by Defendants to his presently pending appeals. See *Complaint*, ¶¶ 90, 76-89.

---

[1] "Forced *pro se*" reflects Plaintiff's involuntary status due to fraud, obstruction, unlawful and/or other improper conduct, that substantially impaired and/or prevented Plaintiff's access to unconflicted legal counsel, and/or was part of a deliberate strategy to deprive and/or obstruct Plaintiff's rights – including the obtainment of an injunction through fraud upon the court and perjury.

3. The State of New Hampshire has waived sovereign immunity for breach of contract actions against the State and its Agents, pursuant to N.H. RSA 491:8. Further, RSA 491:8 guarantees Griffith the right to seek damages, injunction, declaratory judgement, and other equitable remedies. Griffith has brought such a claim for such remedies. See *Complaint*, ¶¶ 149-160.
4. Likewise, injunctive and declaratory relief is available under 42 U.S.C. §§ 1983 claims, which are also incorporated into the complaint. See *Complaint*, ¶¶ 168-225.
5. Absent a temporary injunction enjoining the State Supreme Court Defendants (Countway, Donovan, Gould, Will) from taking any adverse action against Griffith until a full hearing on the merits of preliminary injunctive and declaratory relief can be scheduled, Griffith risks the irreparable harm of the extinguishment of his 1st and 14th Amendment rights under the US Constitution, and a further breach of the State's contractual obligations to Griffith, pursuant to the established wrongful pattern, practice, and custom engaged in by Defendants towards Griffith.
6. Specifically, including but not limited to, Appeal No. 2025-0632 has been pending and fully briefed, but Defendants have failed to recuse themselves; Additionally, Appeal No. 2026-0683 has been filed and pending since October 14th, 2026, and Defendants have failed to recuse themselves. Griffith fears an adverse and unlawful ruling is imminent.
7. Entering a limited temporary injunction is necessary to preserve the status quo, prevent imminent and real irreparable harm to Griffith, is within the public interest, and would not impose an undue hardship upon the Defendants.

## PRAYER FOR RELIEF

**WHEREFORE,** without prejudice and without waiving any rights, Plaintiff humbly and respectfully requests that this Honorable Court:

a. Enter a temporary injunction forbidding Defendants Countway, Donovan, Gould, and Will from taking any adverse action against Griffith and his pending appeals, including but not limited to Appeal 2025-0632 and 2026-0683;

b. Any such other and further relief as this Honorable Court deems just, necessary, equitable, and proper.

Respectfully submitted,

Dated this 25th of October, 2026.

Brok-Alan Woodward-Griffith, *pro se*
471 Silver Street, #105
Manchester, NH, 03103
brokgrf@gmail.com
Ph: 603.325.0749

**FACTUAL AVERMENT**

I hereby make oath and swear that the facts and allegations contained herein are true and accurate to the best of my knowledge, belief, and ability, without waiving the right to amend same as facts and circumstances so dictate. Further affiant sayeth naught.

**/s/Brok-Alan Woodward-Griffith**