IN THE FEDERAL DISTRICT COURT

FOR THE STATE OF NEW HAMPSHIRE

| | |
|---|---|
| BROK-ALAN WOODWARD-GRIFFITH,<br>Plaintiff,<br>vs.<br>STATE OF NEW HAMPSHIRE, ET AL<br>Defendants | Case No.:<br><br>**PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION, DECLARATORY JUDGEMENT AND HEARING** |

**EMERGENCY HEARING RESPECTFULLY REQUESTED**

Pursuant to local rule, **forced *pro se*[1]** Plaintiff Brok-Alan Woodward-Griffith ("Griffith") hereby respectfully moves this Honorable Court for emergency hearing and entry of preliminary injunctive and declaratory relief. Griffith states in support as follows.

1. The instant complaint requests emergency injunctive relief for past, ongoing, and future breaches to Griffith's, and the New Hampshire Public's, constitutional and contractual rights. See generally *Complaint*.
2. Due to the ongoing conduct and established custom, pattern, and practice of Defendants, which have resulted in, and will continue to result in, irreparable harm to Griffith and the New Hampshire Public's contractual, constitutional and statutory rights. See again generally, *Complaint*.

[1] "Forced *pro se*" reflects Plaintiff's involuntary status due to fraud, obstruction, unlawful and/or other improper conduct, that substantially impaired and/or prevented Plaintiff's access to unconflicted legal counsel, and/or was part of a deliberate strategy to deprive and/or obstruct Plaintiff's rights – including the obtainment of an injunction through fraud upon the court and perjury.

3. N.H. RSA 491:8 waives sovereign immunity for the State of New Hampshire and its agents for breach of contract claims, and grants Griffith the right to seek injunctive, declaratory, and other equitable relief. Griffith's complaint features such breach of contract allegations against the State of New Hampshire, and further contains 42 U.S.C. §§ 1983 claims, which also provide for equitable relief.
4. Absent an emergency hearing, and emergency issuance of preliminary injunctive relief, and/or declaratory ruling, Griffith and the New Hampshire Public has suffered, and will continue to suffer, and ongoing deprivation of contractual and constitutional rights, including but not limited to the 1st and 14th amendments of the U.S. Constitution.
5. Griffith has simultaneously filed a request for entry of an emergency *ex parte* temporary injunction to preserve the status quo until this motion is granted, and a hearing on the merits can be held, and renews and incorporates such request and motion as if fully contained herein.
6. Griffith has met his applicable burden for preliminary injunctive relief: there is an ongoing and imminent threat of irreparable harm and constitutional violation, the balance of equities tip in his and the New Hampshire public's favor, entering injunctive relief is in the public interest, would not impose undue burden upon the Defendants, and there is no adequate remedy at law.
7. Pursuant to the Honorable Court looking favorably upon his simultaneously filed motion to approve access to PACER for e-Filing, Griffith shall forthwith file a supporting memorandum of law, in advance of emergency hearing.

**PRAYER FOR RELIEF**

**WHEREFORE,** without prejudice and without waiving any rights, Plaintiff humbly and respectfully requests that this Honorable Court:

a. Schedule an emergency hearing on this instant motion;

b. Grant Griffith's requested injunction, with proposed injunctive order that shall be attached to his memorandum and filed forthwith;

c. Grant Griffith's Declaratory Judgement, with proposed order that shall be attached to his memorandum of law and filed forthwith;

d. Any such other and further relief as this Honorable Court deems just, necessary, equitable, and proper.

Respectfully submitted,

Dated this 25th of October, 2026.

Brok-Alan Woodward-Griffith, *pro se*
471 Silver Street, #105
Manchester, NH, 03103
brokgrf@gmail.com
Ph: 603.325.0749

**CERTIFICATE OF SERVICE**
I hereby certify that a copy has been provided to all parties via the Court's eFile service.
**/s/Brok-Alan Woodward-Griffith**

**FACTUAL AVERMENT**
I hereby make oath and swear that the facts and allegations contained herein are true and accurate to the best of my knowledge, belief, and ability, without waiving the right to amend same as facts and circumstances so dictate. Further affiant sayeth naught.
**/s/Brok-Alan Woodward-Griffith**