IN THE FEDERAL DISTRICT COURT

FOR THE STATE OF NEW HAMPSHIRE

| | |
|---|---|
| BROK-ALAN WOODWARD-GRIFFITH,<br>Plaintiff,<br>vs.<br>STATE OF NEW HAMPSHIRE, ET AL<br>Defendants | Case No.:<br><br>**PLAINTIFF'S MOTION TO WAIVE AND, OR IN THE ALTERNATIVE, EXPEDITE MAGISTRATE JUDGE REVIEW** |

Pursuant to local rule, **forced *pro se***[1] Plaintiff Brok-Alan Woodward-Griffith ("Griffith") hereby respectfully moves this Honorable Court to expedite and, or in the alternative, waive the magistrate judges pre-hearing review. Griffith states in support as follows.

1. The instant complaint requests emergency injunctive relief for past, ongoing, and future breaches to Griffith's, and the New Hampshire Public's, constitutional and contractual rights. See generally *Complaint*.
2. Upon information and belief, the New Hampshire Federal Court for the 1st Circuit has a pattern, practice, and custom of having Magistrate Judges initially review a *pro se* complaint before proceeding with the action.
3. Based on the allegations in the complaint, and the urgent nature of the relief sought – Griffith suffers from the chilling effect and brooding presence of Defendants ongoing breaches to his 1st and 14th amendment rights , and another such breach could occur within five (5) working

[1] "Forced *pro se*" reflects Plaintiff's involuntary status due to fraud, obstruction, unlawful and/or other improper conduct, that substantially impaired and/or prevented Plaintiff's access to unconflicted legal counsel, and/or was part of a deliberate strategy to deprive and/or obstruct Plaintiff's rights – including the obtainment of an injunction through fraud upon the court and perjury.

days – any delay could and would result in irreparable harm to Griffith, to which there is no adequate or available remedy at law.

4. Accordingly, for good cause shown and in the interests of justice, Griffith respectfully requests that the Magistrate Judge's review be expedited and, or in the alternative, waived, and this matter set for immediate hearing on injunctive relief.

## PRAYER FOR RELIEF

**WHEREFORE**, without prejudice and without waiving any rights, Plaintiff humbly and respectfully requests that this Honorable Court:

a. Expedite and, or in the alternative, waive the Magistrate Judge's pre-review;

b. Any such other and further relief as this Honorable Court deems just, necessary, equitable, and proper.

Respectfully submitted,

Dated this 25th of October, 2026.

Brok-Alan Woodward-Griffith, *pro se*
471 Silver Street, #105
Manchester, NH, 03103
brokgrf@gmail.com
Ph: 603.325.0749

**FACTUAL AVERMENT**

I hereby make oath and swear that the facts and allegations contained herein are true and accurate to the best of my knowledge, belief, and ability, without waiving the right to amend same as facts and circumstances so dictate. Further affiant sayeth naught.
**/s/Brok-Alan Woodward-Griffith**