IN THE FEDERAL DISTRICT COURT

FOR THE STATE OF NEW HAMPSHIRE

BROK-ALAN WOODWARD-GRIFFITH,

Plaintiff,

vs.

STATE OF NEW HAMPSHIRE, ET AL

Defendants

Case No.:

**PLAINTIFF'S MOTION TO APPROVE PACER E-FILING ACCESS**

Pursuant to local rule, **forced *pro se*[1]** Plaintiff Brok-Alan Woodward-Griffith ("Griffith") hereby respectfully moves this Honorable Court for approval of Griffith's e-File access with the Federal Court's Public Access to Court Electronic Records ("PACER"). Griffith states in support as follows.

1. The instant complaint requests emergency injunctive relief for past, ongoing, and future breaches to Griffith's, and the New Hampshire Public's, constitutional and contractual rights. See generally *Complaint*.
2. Griffith is proceeding *pro se*, and thus lacks access to electronically file and/or receive documents from the Court.
3. Upon information and belief, PACER access can be granted upon motion to the Court.

[1] "Forced *pro se*" reflects Plaintiff's involuntary status due to fraud, obstruction, unlawful and/or other improper conduct, that substantially impaired and/or prevented Plaintiff's access to unconflicted legal counsel, and/or was part of a deliberate strategy to deprive and/or obstruct Plaintiff's rights – including the obtainment of an injunction through fraud upon the court and perjury.

4. The opposing parties are presumed to be represented by counsel, though the identity of counsel(s) is not known at this time, and have access to file and receive documents through PACER.
5. It would be in the interest of justice and fundamental fairness to grant Griffith, proceeding as a **forced *pro se***, to have equal access and treatment in submitting documents electronically to the Court.
6. Pursuant to the Honorable Court looking favorably on this instant motion, Griffith will complete all necessary steps with the Court clerk's office.

## PRAYER FOR RELIEF

**WHEREFORE**, without prejudice and without waiving any rights, Plaintiff humbly and respectfully requests that this Honorable Court:

a. Grant this instant motion;
b. Any such other and further relief as this Honorable Court deems just, necessary, equitable, and proper.

Respectfully submitted,

Dated this 25th of October, 2026.

Brok-Alan Woodward-Griffith, *pro se*
471 Silver Street, #105
Manchester, NH, 03103
brokgrf@gmail.com
Ph: 603.325.0749