Case 1:26-cv-00924-SM-AJ Document 6 Filed 10/26/26 Page 10 of 20

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

RECEIVED - USDC -NH
2026 OCT 27 PM4:52

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* DANIEL WILL
was received by me on *(date)* 10/26/26 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* JESS KING, ESQ., NH AOC , who is designated by law to accept service of process on behalf of *(name of organization)* DANIEL WILL on *(date)* 10/27/26 ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/27/26

[signature]
*Server's signature*

BROK-ALAN WOODWARD-GRIFFITH
*Printed name and title*

471 SILVER St, #105, MANCHESTER, NH, 03103
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

Case 1:26-cv-00924-SM-AJ Document 6 Filed 10/26/26 Page 12 of 20

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

RECEIVED - USDC -NH
2026 OCT 27 PM4:53

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* BRIAN GOULD
was received by me on *(date)* 10/26/26 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JESS KING, ESQ, NH AOC , who is designated by law to accept service of process on behalf of *(name of organization)* BRIAN GOULD on *(date)* 10/27/26 ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/27/26

[signature]
*Server's signature*

BROK-ALAN WOODWARD-GRIFFITH
*Printed name and title*

471 SILVER ST. #105, MANCHESTER, NH, 03103
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

RECEIVED - USDC -NH
2026 OCT 27 PM4:53

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Melissa Countway
was received by me on *(date)* 10/26/26 .

❐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jess King, Esq., NH AOC , who is designated by law to accept service of process on behalf of *(name of organization)* MELISSA COUNTWAY on *(date)* 10/27/26 ; or

❐ I returned the summons unexecuted because ______ ; or

❐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/27/26

[signature]
*Server's signature*

BROK-ALAN WOODWARD-GRIFFITH
*Printed name and title*

471 SILVER St. #105, MANCHESTER, NH, 03103
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

Case 1:26-cv-00924-SM-AJ Document 6 Filed 10/26/26 Page 16 of 20

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

RECEIVED - USDC -NH
2026 OCT 27 PM4:53

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* PATRICK DONOVAN
was received by me on *(date)* 10/26/26 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JESS KING, ESQ., NH AOC , who is designated by law to accept service of process on behalf of *(name of organization)* PATRICK DONOVAN on *(date)* 10/27/26 ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/27/26

[signature]
*Server's signature*

BROK-ALAN WOODWARD-GRIFFITH
*Printed name and title*

471 SILVER ST. #105, MANCHESTER, NH, 03103
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

RECEIVED - USDC -NH
2026 OCT 27 PM4:53

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* N.H. Supreme Court
was received by me on *(date)* 10/26/26 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* NH SUPREME COURT CLERK , who is designated by law to accept service of process on behalf of *(name of organization)* NEW HAMPSHIRE SUPREME COURT on *(date)* 10/27/26 ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/27/26

[signature]
*Server's signature*

BROK-ALAN WOODWARD-GRIFFITH
*Printed name and title*

471 SILVER ST, #105 MANCHESTER, NH, 03103
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

Case 1:26-cv-00924-SM-AJ Document 6 Filed 10/26/26 Page 20 of 20

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

RECEIVED - USDC -NH
2026 OCT 27 PM4:53

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* State of New Hampshire was received by me on *(date)* 10/26/2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* N.H. Secretary of State , who is designated by law to accept service of process on behalf of *(name of organization)* State of NH on *(date)* 10/27/2026 ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/27/26

[signature]
*Server's signature*

BROK-ALAN WOODWARD-GRIFFITH
*Printed name and title*

471 SILVER St. #105 MANCHESTER, NH, 03103
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset