RECEIVED - USDC -NH
2026 OCT 29 PM2:07

IN THE FEDERAL DISTRICT COURT

FOR THE STATE OF NEW HAMPSHIRE

BROK-ALAN WOODWARD-GRIFFITH,

Plaintiff,

vs.

STATE OF NEW HAMPSHIRE, ET AL

Defendants

Case No.: **1:26-CV-00924-SM-AJ**
Hon. Steven J. McAuliffe, Presiding
Hon. Andrea K. Johnstone, Magistrate

**AFFIDAVIT AND DECLARATION OF BROK-ALAN WOODWARD-GRIFFITH**

I, Brok-Alan Woodward-Griffith, of Manchester, NH, and over the age of 18, hereby makes oath and deposes as follows, and affirms the following is true and correct, and based on my personal knowledge.

1. I filed this instant case with a verified and sworn-to complaint (ECF 1) on October 26th, 2026. I further reaffirm the oath taken to verify such complaint, and further verify the truthfulness and accuracy of such complaint to the best of my knowledge, belief, and ability.
2. On October 27th, 2026, I completed service on all named Defendants, and requested waiver according to the rules from Defendants counsel, Jessica King, Esq.
3. On October 28th, 2026, the Supreme Court issued an order which is violative of my 1st and 14th amendment rights under the US Constitution, and the applicable laws and Constitution of the New Hampshire.
4. Specifically, the Supreme Court Defendants required me, a **forced *pro se***, to submit a memorandum of law to determine whether an order granting full summary judgement – which determined liability and damages – constituted an "interlocutory appeal."
5. I believe this to be fundamentally unfair, and contrary to all relevant constitutional and statutory rights, and unfairly prejudicial to me as a **forced *pro se***.

6. Upon information and belief, I believe this order, issued on October 28th, 2026, is an attempt to retaliate and harass me for filing this instant action, and to unfairly burden me, and prevent me from fairly and adequately presenting this instant case to this Honorable Court.
7. Also on October 28th, 2026, counsel for Defendants, Jessica King, Esq., informed that she believed my completed service on October 27th, 2026 was "not in compliance with Rule 4" of the Federal Rules of Civil Procedure. I dispute this contention.
8. However, Ms. King represented to me on the 27th, 2026 that she would "be able to get the waiver" for all Defendants. In her email on October 28th, 2026, she represented that she was having difficulty getting agreement to waive in accordance with the federal rules, and that "she just needed time."
9. The morning of October 29th, 2026, I made outreach to counsel for the Defendants, Jessica King, Esq., upon discovery of the prejudicial ruling issued in Appeal No. 2026-0683.
10. I requested assent to file this relief – namely, a second request for *ex parte* restraining order on the Defendants.
11. Jessica King Esq. advised me, via email at 11:48 am, that she assented to the relief sought by my motion. On October 29th, 2026.
12. In further support, I incorporate by reference herein the sufficiently plead allegations in my verified complaint (ECF 1), and further re-affirm and represent their accuracy and truthfulness.
13. I am under constant stress and fear of continued retaliation by the Defendants, and fear more retaliatory acts from them for attempting to defend, and vindicate, my civil rights on behalf of myself, and the New Hampshire public.

14. Absent this Honorable Court immediately awarding a temporary restraining order, I am suffering and continue to suffer under the brooding presence and chilling effect of Defendants' retaliatory animus, and violation to my rights.

15. Further affiant sayeth naught.

**SWORN UNDER THE PAINS AND PENALTIES OF PERJURY, THIS 29th DAY OF OCTOBER, 2026.**

**Brok-Alan Woodward-Griffith**
**471 Silver Street, #105**
**Manchester, NH, 03103**
**brokgrf@gmail.com**
**Ph: 603.325.0749**