# EXHIBIT 2

# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2026-0683, PC Connection, Inc. v. Brok-Alan Woodward-Griffith & a., the clerk of court on October 28, 2026, issued the following order:**

On or before November 12, 2026, the parties shall file brief memoranda addressing: 1) whether the trial court proceedings in this matter have concluded or whether this is an improper interlocutory appeal; and 2) if the appeal is not interlocutory, whether it is timely filed. See Rule 7.

This order is entered pursuant to Rule 21(8).

**Timothy A. Gudas,**
**Clerk**

Distribution:
Owen R. Graham, Esq.
Joshua D. Nadreau, Esq.
Gabriel S. Gladstone, Esq.
Christopher H. M. Carter, Esq.
Brok-Alan Woodward-Griffith
File