RECEIVED - USDC -NH
2026 OCT 30 PM1:03

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

BROK-ALAN WOODWARD-GRIFFITH
Plaintiff(s)

v.

Case No. 1:26-CV-924-SM-AJ

STATE OF NEW HAMPSHIRE, ET AL
Defendant(s)

EMERGENCY MOTION TO/~~FOR~~ APPROVE E-FILING ACCESS
(enter title of motion)

1. PLAINTIFF HAS REQUESTED 65(b) Relief. See ECF 2, 8.
2. MATERIAL FACTS + EVIDENCE CAME TO LIGHT NECESSITATING AMENDMENT OF COMPLAINT. (ECF 1)
3. FILING OF THIS INSTANT MOTION IS FRIDAY, AND AMENDED COMPLAINT SHALL BE FILED OVER WEEKEND.

Enter text of motion using numbered paragraphs (explain what you want the ~~court to do). The field will expand as you type.~~

PRAYER FOR RELIEF

WHEREFORE, WITHOUT PREJUDICE OR WAIVING any rights,

A. GRANT E-FILING ACCESS motion (concurrently filed)

B. ANY OTHER RELIEF AS IS JUST, NECESSARY, EQUITABLE + PROPER.

Date: 10/30/26

Signature

MEMORANDUM OF LAW

Pursuant to LR 7.1(a)(2), every motion shall be accompanied by a memorandum with citations to supporting authorities or a statement explaining why a memorandum is unnecessary.

☐ I have attached a supporting memorandum of law to this motion.

☒ I have NOT attached a memorandum of law because none is required (explain your reasoning below).

THIS IS AN EMERGENCY MOTION TO APPROVE E-FILING ACCESS, AND PRO SE PLAINTIFF HAS SEPARATELY + concurrently filed same.

USDCNH-101 (Rev. 12/1/21)

## CONCURRENCES SOUGHT

Pursuant to LR 7.1(c), any party filing a motion other than a dispositive motion (a dispositive motion seeks an order disposing of one or more claims in favor of the moving party, for example, a motion to dismiss or a motion for summary judgment) shall certify to the court that a good faith attempt has been made to obtain concurrence/agreement in the relief sought. If concurrence is obtained, the moving party shall so note.

I certify the following (choose one):

- ☐ All parties have assented/agreed to this motion.
- ☐ I made a good faith attempt, but was unable to successfully obtain concurrence/agreement from all parties.
- ☒ I have NOT attempted to obtain concurrence/agreement because it is not required.

## CERTIFICATE OF SERVICE

I hereby certify that this motion was electronically filed in the court's electronic filing system and served on the following persons on the date and in the manner specified below:

Person(s) served electronically (via ECF): FILED INTO CASE VIA CLERKS OFFICE. NO SERVICE ON ~~PARTIES, PARTIES NOT APPEARED~~

Person(s) served by mail. Please include address(es):

Person(s) served by hand: EMAIL TO COUNSEL FOR NH'S JUDICIAL BRANCH

Date of Service: 10/30/26

Signature: [signature]

Name: BROK-ALAN WOODWARD-GRIFFITH

Address: 471 SILVER ST. #105 MANCHESTER, NH, 03103

Phone: 603 325 0749

Email: BROKGRF@GMAIL.COM

USDCNH-101 (Rev. 12/1/21)