UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

BROK-ALAN WOODWARD-GRIFFITH,

Plaintiff,

v.

STATE OF NEW HAMPSHIRE, ET AL,

Defendants.

Docket No. 1:26-cv-924-SM-AJ

**DEFENDANT ANNA BARBARA HANTZ-MARCONI'S MOTION TO EXTEND RESPONSE DEADLINE**

Anna Barbara Hantz-Marconi by and through her attorneys, Morrison Mahoney LLP, files this Motion to Extend Deadline to Respond to Plaintiff's Complaint, stating as follows:

1. On October 26, 2026, Plaintiff filed the instant complaint against the State of New Hampshire, the Supreme Cout of the State of New Hampshire and several current and former Justices of the New Hampshire Supreme Court, including Hantz-Marconi.

2. On October 27, 2026, Plaintiff purports to have effected service on Hantz-Marconi and others. *See Doc. 9*.

3. Hantz-Marconi disputes that she has been properly served. However, in an abundance of caution, seeks an extension of time to respond to Plaintiff's complaint.

4. The undersigned requires additional time to familiarize herself with the case and prepare a responsive pleading.

5. Defendant therefore requests an additional time to review this case and prepare a Response to the Plaintiff's Complaint. Defendant requests a new response deadline of December 30, 2026.

**<u>Certification that Concurrence Was Sought Pursuant to LR 7.1 (C).</u>**

6. Counsel for Defendant has contacted Plaintiff via email on November 16, 2026 to request his concurrence. As of the filing of this motion, Defendant does not know Plaintiff's position on the motion.

WHEREFORE, Defendant respectfully requests this Honorable Court:

A. Grant this Motion for Extension to Time to File a Response to Plaintiff's Complaint;

B. Extend Defendant's answer deadline to December 30, 2026; and

C. Grant such other and further relief as is reasonable and just.

Respectfully submitted,

Anna Barbara Hantz-Marconi

MORRISON MAHONEY LLP

By /s/ *Linda M. Smith*

Linda M. Smith, #265038
lsmith@morrisonmahoney.com
Center of New Hampshire Office Tower
650 Elm Street, Suite 201
Manchester, NH 03101
Phone: 603-622-3400

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing was served on the following persons on this date in the manner specified herein:

Electronically Served:
Brok-Alan Woodward-Griffith
***Plaintiff***

/s/ Linda M. Smith
Linda M. Smith, 265038