# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | | |
|---|---|---|
| Woodward-Griffith<br>*Plaintiff*<br>v.<br>NH, State of et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:26-cv-00924-SM-AJ |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record,

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Honorable Gordon J. Macdonald, Honorable Gary Hicks, and Honorable James Bassett.

Date: 11/17/2026

/s/ Duncan A. Edgar
*Attorney's signature*

Duncan Edgar, 266272
*Printed name and bar number*

1 Granite Place South
Concord, NH 03301
*Address*

duncan.a.edgar@doj.nh.gov
*E-mail address*

(603) 271-3658
*Telephone number*

(603) 271-2110
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

All parties of record.

Conventionally Served:

Brok Alan Woodward-Griffith
471 Silver Street, #105
Manchester, NH 03103

Date: November 17, 2026

*/s/ Duncan A. Edgar*
Duncan A. Edgar